December 17, 2004

Mr. Joe Ed Bunton
925 North Link Street
Palestine, TX 75801

Mr. Mike A. Hatchell
Locke Liddell & Sapp, LLP
100 Congress Ave., Suite 300
Austin, TX 78701-4042
Mr. George Chandler
Chandler Law Offices
P. O. Box 340
Lufkin, TX 75901

RE: Case Number: 03-0974
 Court of Appeals Number: 12-97-00376-CV
 Trial Court Number: 37488

Style: JOE ED BUNTON
 v.
 BASCOM W. BENTLEY III

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice O'Neill not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Cathy S. |
| |Lusk |
| |Ms. Janice |
| |Staples |